UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT
Grand Jury H-08-1

2009 SEP -8 P 2: 40

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:09cr200AWT |
| v. | VIOLATIONS: |
| LUIS SOTO | 18 U.S.C. § 2113(a) (Bank Robbery) |
| and | |
| FELIX SOTO | 18 U.S.C. § 2 (Aiding and Abetting) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 25, 2008, in the District of Connecticut, **FELIX SOTO** and **LUIS SOTO**, the defendants herein, by force, violence and intimidation did take from the person and presence of another, approximately $40,498.00 in United States currency belonging to and in the care, custody, control, management and possession of Webster Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2113(a) and 2(a).

### COUNT TWO

On or about September 19, 2008, in the District of Connecticut, **LUIS SOTO**, a defendant herein, by force, violence and intimidation did take from the person and presence of another, approximately $50,735.00 in United States currency belonging to and in the care, custody, control, management and possession of New Alliance Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL

/S/
FOREPERSON

_____
NORA R. DANNEHY
UNITED STATES ATTORNEY

_____
MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY

_____
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY