CT/crmlhrg (4/19/04)

HONORABLE _Thompson_
DEPUTY CLERK _Smith_   RPTR/ERO/TAPE _Huntington_
USPO _____   INTERPRETER _____

TOTAL TIME: _3_ hours _50_ minutes
DATE _2/12/10_   START TIME _12:00pm_   END TIME _3:50pm_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CR. No. _09CR200_   DEFT # _1_   _Mike Gustafson_ _Dave Novick_   AUSA
UNITED STATES OF AMERICA
vs.
_Luis Soto_

☐ SEE ATTACHED CALENDAR FOR COUNSEL
_Terry Ward, Sarah Merriam_
Counsel for Defendant Ret - (R), CJA - (C), PDA - (P)

(co-deft Felix Soto was present)

HEARING ON CRIMINAL MOTIONS (kmhrgh.)  _Robert Sullivan_

MOTION DOCUMENT NO.

| ✓ | # 35 | Deft _Luis Soto's_ motion _to suppress_ | ☐ granted ☐ denied ✓ advisement |
| ✓ | # 36 | Deft _Luis Soto's_ motion _to suppress_ | ☐ granted ☐ denied ✓ advisement |
| ☐ | # | Deft ___ motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ | # | Deft ___ motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ | # | Deft ___ motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ | # | Deft ___ motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ | # | Deft ___ motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ | # | Deft ___ motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ | # | Deft ___ motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ | # | Govt's motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ | # | Govt's motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ | # | Govt's motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ | # | Govt's motion ___ | ☐ granted ☐ denied ☐ advisement |
| ✓ | kdoralm | Deft _Luis Soto's_ oral motion _to sequester witnesses_ | ✓ granted ☐ denied ☐ advisement |
| ☐ | kdoralm | Deft ___ oral motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ | kdoralm | Deft ___ oral motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ | kgoralm | Govt's oral motion ___ | ☐ granted ☐ denied ☐ advisement |
| ☐ | kgoralm | Govt's oral motion ___ | ☐ granted ☐ denied ☐ advisement |

☐ Brief(s) due _____ Response(s) due _____ Replies due _____
☐ Bond ☐ set at $ _____ ☐ reduced to $ _____ ☐ Non-surety ☐ Surety ☐ PR
☐ Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐ kloc. (LC)  Defendant REMANDED to custody
☐ kcomphrg  Competency Hearing ☐ held ☐ continued until _____ at _____
☐ ___ hearing continued until _____ at _____
☐ Court finds defendant _____ ☐ competent ☐ incompetent
☐ Court orders defendant _____ to undergo psychiatric evaluation
☐ kmhrgset  Motion Hearing continued until _____
☐ SEE ☐ reverse ☐ attached for additional entries